O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET A. HOFFMAN, an individual, for herself and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>CONSTRUCTION PROTECTIVE SERVICES, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. EDCV 03-01006-VAP(SGLx)<br><br>**THIRD AMENDED ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEY'S FEES (AFTER SECOND REMAND FROM UNITED STATES COURT OF APPEALS, NINTH CIRCUIT)** |

On June 20, 2006, Plaintiffs brought a Motion for Attorney's Fees after trial, which the Court granted on December 21, 2006. (See Doc. No. 544.) Plaintiffs appealed the Court's order, and on September 4, 2008, the Ninth Circuit reversed in relevant part. (Doc. No. 572.) On December 15, 2009, the Court issued a Second Amended Order granting Plaintiffs' Motion for Attorney's Fees, in accordance with the Ninth Circuit's mandate. (Doc. No.

585.)  Plaintiffs appealed the Court's Second Amended Order.  (Doc. No. 586.)  On May 31, 2011, the Ninth Circuit vacated and remanded the Second Amended Order, and mandated attorney's fees in the amount of $42,000.00.  (See Doc. No. 603 ("Ninth Circuit Order").)

Hence, pursuant to the Ninth Circuit's Order, the Court GRANTS Plaintiffs' Motion, AMENDS its previous orders, and awards Plaintiffs attorney's fees in the amount of $42,000.00.

Dated: June 7, 2011

VIRGINIA A. PHILLIPS
United States District Judge